# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

ALABAMA, LOUISIANA, SOUTH DAKOTA,

    Plaintiffs,

v.

DAVID S. FERRIERO, in his official capacity as Archivist of the United States,

    Defendant.

Case No. 7:19-cv-2032-LSC

## JOINT STIPULATION

1. Plaintiffs filed their complaint in this case on December 16, 2019.

2. The parties are currently discussing how to proceed, including the possibility that Plaintiffs will seek a preliminary injunction or other emergency relief.

3. The Archivist of the United States has confirmed that he will not make any certification in accordance with his authority under 1 U.S.C. §106b concerning ratification of the Equal Rights Amendment before February 15, 2020.

4. Plaintiffs have not yet effected service of their complaint, so Defendant's sixty-day response time has not yet begun to run. The parties will continue to meet and confer about the appropriate next steps in this litigation and will provide a joint status report on or before Defendant's answer date.

Dated: December 19, 2019                                    Respectfully submitted,

For Plaintiffs:

STEVE MARSHALL
*Attorney General of Alabama*

| | |
|---|---|
| */s/ Edmund G. LaCour Jr.* | */s/ Patrick Strawbridge* |
| Edmund G. LaCour Jr. | Patrick Strawbridge |
| *Solicitor General* | CONSOVOY MCCARTHY PLLC |
| James W. Davis | Ten Post Office Square |
| *Deputy Attorney General* | 8th Floor South PMB #706 |
| A. Barrett Bowdre | Boston, MA 02109 |
| *Deputy Solicitor General* | (703) 243-9423 |
| Kelsey J. Curtis | patrick@consovoymccarthy.com |
| *Assistant Solicitor General* | |
| OFFICE OF THE ALABAMA ATTORNEY GENERAL | Cameron T. Norris |
| 501 Washington Ave. | Alexa R. Baltes |
| P.O. Box 300152 | Tiffany H. Bates |
| Montgomery, AL 36130 | CONSOVOY MCCARTHY PLLC |
| (334) 353-2196 | 1600 Wilson Blvd., Ste. 700 |
| (334) 353-8400 (fax) | Arlington, VA 22209 |
| edmund.lacour@AlabamaAG.gov | (703) 243-9423 |
| jim.davis@AlabamaAG.gov | cam@consovoymccarthy.com |
| barrett.bowdre@AlabamaAG.gov | lexi@consovoymccarthy.com |
| kelsey.curtis@AlabamaAG.gov | tiffany@consovoymccarthy.com |

JEFF LANDRY                                                 JASON RAVNSBORG
*Attorney General of Louisiana*                             *Attorney General of South Dakota*

| | |
|---|---|
| */s/ Elizabeth B. Murrill* | */s/ Paul S. Swedlund* |
| Elizabeth B. Murrill (pro hac vice forthcoming) | Paul S. Swedlund |
| *Solicitor General of Louisiana* | Assistant Attorney General |
| LOUISIANA DEPARTMENT OF JUSTICE | OFFICE OF THE ATTORNEY GENERAL STATE OF SOUTH DAKOTA |
| 1885 N. 3rd St. | 1302 East Highway 14, Suite 1 |
| Baton Rouge, LA 70802 | Pierre, South Dakota 57501-8501 |
| (225) 326-6766 | 605-773-3215 |
| MurrillE@ag.louisiana.gov | paul.swedlund@state.sd.us |

For Defendant:

JOSEPH H. HUNT
Assistant Attorney General

JAMES BURNHAM
Deputy Assistant Attorney General

JOHN GRIFFITHS
Director, Federal Programs Branch

___/s/ Eric Womack_
ERIC WOMACK
Assistant Director
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 514 4020
Fax: (202) 616 8460

Email: eric.womack@usdoj.gov