# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ALABAMA, LOUISIANA, SOUTH DAKOTA,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID S. FERRIERO, in his official capacity as Archivist of the United States,<br>    Defendant. | Case No. 7:19-cv-2032-LSC |

## UNOPPOSED MOTION TO SEAL

1. Attorneys Cameron T. Norris and Patrick Strawbridge represent Plaintiff Alabama in this case.

2. On December 17, 2019, Alabama moved for the admission pro hac vice of Mr. Norris and Mr. Strawbridge. Attached to those motions were declarations from Mr. Norris and Mr. Strawbridge, which include their home addresses.

3. Given the sensitive nature of this case, as well as other cases that Mr. Norris and Mr. Strawbridge work on, Mr. Norris and Mr. Strawbridge respectfully ask the Court to seal their pro hac vice declarations—i.e., Docket Entries 2-1 and 3-1.

4. The clerk's office has administratively sealed the declarations until the Court rules on this motion.

5. Defendant consents to the relief requested in this motion.

2

Dated: December 26, 2019

Respectfully submitted,

*/s/ Patrick Strawbridge*
Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423
patrick@consovoymccarthy.com

Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com