FILED
2019 Dec-27  AM 09:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| ALABAMA, LOUISIANA, and SOUTH DAKOTA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 7:19-cv-02032-LSC |
| DAVID S. FERRIERO, in his official capacity as Archivist of the United States, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Before this Court is Plaintiff Alabama's Unopposed Motion to Seal Docket Entries 2-1 and 3-1. (Doc. 8.) The motion is hereby GRANTED. Further, Attorneys Cameron T. Norris and Patrick Strawbridge are directed to file new *pro hac vice* declarations with their home addresses omitted.

**DONE** and **ORDERED** on December 27, 2019.

L. Scott Coogler
United States District Judge

199335