FILED
2020 Jan-27 AM 09:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ALABAMA, LOUISIANA, SOUTH DAKOTA,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID S. FERRIERO, in his official capacity as Archivist of the United States,<br>Defendant. | Case No. 7:19-cv-2032-LSC |

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I, Edmund G. LaCour Jr., declare as follows:

1. I represent the State of Alabama, a plaintiff in this matter. I am also a member of the State Bar of Alabama. I know the facts set forth in this declaration to be true based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. I filed this lawsuit on behalf of the State of Alabama on December 16, 2019 (ECF No. 1) and obtained a summons issued by the Court for the defendant on January 6, 2020 (ECF No. 16).

3. The Summons and Complaint were served upon Defendant David S. Ferriero pursuant to Federal Rule of Civil Procedure 4(i). Service was completed per the Proof of Service by Certified Mail, which is attached as **Exhibit A**. *See* Fed. R. Civ. P. 4(l)(1).

Dated: January 27, 2020                                  Respectfully submitted,

*/s/ Edmund G. LaCour Jr.*
Edmund G. LaCour Jr.
*Solicitor General*
OFFICE OF THE ALABAMA ATTORNEY GENERAL
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130
(334) 353-2196
(334) 353-8400 (fax)
edmund.lacour@AlabamaAG.gov