# EXHIBIT A

## PROOF OF SERVICE BY CERTIFIED MAIL

I, Marie Newman, am over eighteen years old and am not a party to this action. I work as a paralegal for the Office of the Alabama Attorney General. My business address is 501 Washington Avenue, P.O. Box 300152, Montgomery, AL 36130. Pursuant to Federal Rule of Civil Procedure 4(i), on January 10, 2020, I served the following documents:

1. Summons in a Civil Action, and

2. Complaint against David S. Ferriero in his official capacity as Archivist of the United States,

via certified mail, return receipt requested, on the following interested parties in this action:

>Civil Process Clerk
>United States Attorney's Office
>Northern District of Alabama
>1801 4th Avenue North
>Birmingham, AL 35203

>William Barr, U.S. Attorney General
>U.S. Department of Justice
>950 Pennsylvania Avenue NW
>Washington, DC 20530-0001

>David S. Ferriero
>National Archives and Records Administration
>700 Pennsylvania Avenue NW
>Washington, DC 20408.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I further declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on January 27, 2020, at Montgomery, Alabama.

*Marie Newman*
Marie Newman