FILED
2020 Feb-27 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) No. 7:19-cv-2032-LSC |
| | ) |
| vs. | ) |
| | ) |
| DAVID S. FERRIERO, in his official capacity as Archivist of the United States, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION AND
## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, the States of Alabama, Louisiana and South Dakota, and Defendant, David S. Ferriero in his official capacity as Archivist of the United States, hereby stipulate to the following:

1. On January 6, 2020, the Department of Justice's Office of Legal Counsel (OLC) released an opinion concerning the legal status of the Equal Rights Amendment (ERA) Resolution adopted by Congress in 1972 and the role of the Archivist of the United States under 1 U.S.C. § 106b. The opinion finds that "Congress had the constitutional authority to impose a deadline on the ratification of the ERA and, because that deadline has expired, the ERA Resolution is no longer pending before the States." OLC Opinion, at 2. The opinion also finds that "Congress may not revive a proposed amendment after the deadline has expired," for example by passing a law that purports to lift the deadline. OLC Opinion, at 3. Accordingly, the OLC opinion goes on to state, "the ERA's adoption could not be certified under 1 U.S.C. § 106b." OLC Opinion, at 37.

2. Following OLC's guidance, the Archivist has stated that he will not certify the adoption of the Equal Rights Amendment under 1 U.S.C. § 106b. *See* NARA Press Release on

Equal Rights Amendment, Jan. 8, 2020, https://www.archives.gov/press/press-releases-4. The Archivist has further stated that he "defers to DOJ on this issue and will abide by the OLC opinion, unless otherwise directed by a final court order." *Id.*

3.  In the event that the Department of Justice ever concludes that the 1972 ERA Resolution is still pending and that the Archivist therefore has authority to certify the ERA's adoption under 1 U.S.C. § 106b, the Archivist will make no certification concerning ratification of the ERA until at least 45 days following the announcement of the Department of Justice's conclusion, absent a court order compelling him to do so sooner.

4.  Plaintiffs thus voluntarily dismiss this action in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: February 27, 2020

*Counsel for Defendant*

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ERIC R. WOMACK
Assistant Branch Director

*/s/ Vinita B. Andrapalliyal*
Vinita B. Andrapalliyal
Liam C. Holland
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883
Benjamin Franklin Station
Washington, DC 20044
Tel: (202) 305-0845
vinita.b.andrapalliyal@usdoj.gov
liam.c.holland@usdoj.gov

*Counsel for Plaintiffs*

STEVE MARSHALL
*Attorney General of Alabama*

 */s/ Edmund G. LaCour Jr.*
Edmund G. LaCour Jr.
*Solicitor General*
James W. Davis
*Deputy Attorney General*
A. Barrett Bowdre
*Deputy Solicitor General*
Kelsey J. Curtis
*Assistant Solicitor General*
OFFICE OF THE ALABAMA ATTORNEY GENERAL
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130
(334) 353-2196
edmund.lacour@AlabamaAG.gov
jim.davis@AlabamaAG.gov
barrett.bowdre@AlabamaAG.gov
kelsey.curtis@AlabamaAG.gov

  */s/ Patrick Strawbridge*
Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423
patrick@consovoymccarthy.com

Cameron T. Norris
Alexa R. Baltes
Tiffany H. Bates
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
lexi@consovoymccarthy.com
tiffany@consovoymccarthy.com

JEFF LANDRY
*Attorney General of Louisiana*

  */s/ Elizabeth B. Murrill*
Elizabeth B. Murrill
*Solicitor General of Louisiana*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
MurrillE@ag.louisiana.gov

JASON RAVNSBORG
*Attorney General of South Dakota*

  */s/ Paul S. Swedlund*
Paul S. Swedlund
*Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
605-773-3215
paul.swedlund@state.sd.us